UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

_____

In re:

DAVID W. CHARRON,

    Debtor.
_____/

Case No: BG 14-07970
Chapter 7

GLENN S. MORRIS and THE GLENN S.
MORRIS TRUST,

    Plaintiffs,

v.

DAVID W. CHARRON,

    Defendant.
_____/

Adversary Proceeding
No. 15-80086

### ORDER SCHEDULING HEARING ON MOTION FOR SUMMARY JUDGMENT AND REQUIRING RESPONSE BY DATE CERTAIN

PRESENT:   HONORABLE JAMES W. BOYD
                  United States Bankruptcy Judge

      On May 13, 2015, David W. Charron (the "Defendant") filed a motion for summary judgment in the above-captioned adversary proceeding. (See AP Dkt. No. 4.) The Defendant also filed a legal memorandum in support of his motion May 13, 2015. This Court has reviewed both documents and has determined that a hearing should be scheduled. The Court will also require Glenn S. Morris and the Glenn S. Morris Trust (collectively, the "Plaintiffs") to file a response to the motion by a date certain.

      NOW, THEREFORE, IT IS HEREBY ORDERED that the Plaintiffs shall file a response to the Defendant's motion for summary judgment and a memorandum of legal authorities and argument in opposition to the Defendant's motion on or before **June 26, 2015.**

      IT IS FURTHER ORDERED that a hearing regarding the Defendant's motion for summary judgment shall be held before the Honorable James W. Boyd at the United States Bankruptcy Court, One Division Avenue North, 3rd Floor, Courtroom B, **Grand Rapids**, Michigan, on **July 8, 2015,** at **11:00 a.m**.

      IT IS FURTHER ORDERED that the Clerk shall serve a copy of this order pursuant to FED. R. BANKR. P. 9022 and LBR 5005-4 upon Eric D. Carlson, Esq. and Ronald A. Spinner, Esq., attorneys for the Plaintiffs and Perry G. Pastula, Esq., attorney for the Defendant.

**END OF ORDER**

**IT IS SO ORDERED.**

**Dated May 29, 2015**



James W. Boyd
United States Bankruptcy Judge