UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re:<br><br>DAVID W. CHARRON,<br><br>    Debtor.<br>_____<br>GLENN S. MORRIS and THE GLENN S. MORRIS TRUST,<br><br>    Plaintiffs,<br>v.<br><br>DAVID W. CHARRON,<br><br>    Defendant. | Case No. 14-07970<br><br>Chapter 7<br><br>Honorable James W. Boyd<br><br><br><br><br><br>Adversary Proceeding No. 15-80086-JWB |

### CERTIFICATE OF SERVICE

I, Marie Siroskey, hereby certify that on May 29, 2015, I served the following documents:

- *Glenn S. Morris's Cross-Motion for Summary Judgment and Brief In Support* complete with exhibits (including the Notice of Motion)
- *Glenn S. Morris's Response to Debtor's Motion for Summary Judgment*

on Perry G. Pastula, counsel for the defendant, by personally delivering copies of the documents and leaving them with Ms. Susane Mais at the following address:

DUNN, SCHOUTEN & SNOAP PC
2745 DeHoop Ave SW
Grand Rapids, MI 49509

By: _____
Marie Siroskey
Messenger
Miller Canfield Paddock & Stone, PLC

Dated:  May 29, 2015

24529603.1\133922-00008