UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
_____

In re:

DAVID W. CHARRON,

    Debtor.
_____/

GLENN S. MORRIS and THE GLENN S.
MORRIS TRUST,

    Plaintiffs,

v.

DAVID W. CHARRON,

    Defendant.
_____/

Case No: BG 14-07970
Chapter 7

Adversary Proceeding
No. 15-80086

### ORDER SCHEDULING HEARING ON CROSS MOTION FOR SUMMARY JUDGMENT AND REQUIRING RESPONSE BY DATE CERTAIN

PRESENT:   HONORABLE JAMES W. BOYD
                      United States Bankruptcy Judge

On May 13, 2015, David W. Charron (the "Defendant") filed a motion for summary judgment in the above-captioned adversary proceeding. (See AP Dkt. No. 4.) The Court subsequently issued a scheduling order, setting the Defendant's motion for hearing on July 8, 2015. On May 29, 2015, Glenn S. Morris and the Glenn S. Morris Trust (collectively, the "Plaintiffs") filed a cross motion for summary judgment. (See AP Dkt. No. 6.)

On June 11, 2015, the Defendant filed a short Objection to Plaintiffs' Cross Motion for Summary Judgment and Request for Hearing. (See AP Dkt. No. 11.) The Defendant's objection asks this Court to defer ruling on the cross motion for summary judgment until after it rules on the Defendant's original motion for summary judgment, and to set a subsequent deadline for the Defendant to respond to the cross motion and hearing date, only if the Defendant's original motion is denied.

The Court has reviewed the cross motion for summary judgment and the Defendant's objection and has determined, in the interest of judicial economy, to hear the

Defendant's motion for summary judgment and the Plaintiffs' cross motion at the same time. The Court will also require the Defendant to file a supplemental response to the cross motion for summary judgment by a date certain.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Defendant shall file a supplemental response to the Plaintiffs' cross motion for summary judgment and a memorandum of legal authorities and argument in opposition to the Plaintiffs' motion on or before **July 2, 2015.**

IT IS FURTHER ORDERED that a hearing regarding the Plaintiffs' cross motion for summary judgment shall be held before the Honorable James W. Boyd at the United States Bankruptcy Court, One Division Avenue North, 3rd Floor, Courtroom B, **Grand Rapids**, Michigan, on **July 8, 2015,** at **11:00 a.m**.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this order pursuant to FED. R. BANKR. P. 9022 and LBR 5005-4 upon Eric D. Carlson, Esq. and Ronald A. Spinner, Esq., attorneys for the Plaintiffs, and Perry G. Pastula, Esq., attorney for the Defendant.

### END OF ORDER

**IT IS SO ORDERED.**

Dated June 23, 2015



James W. Boyd
United States Bankruptcy Judge