Form NTCTS (06/11)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>　**David W Charron**<br><br>　　　　　　　　　　　　　　　　　　**Debtor**<br><br>　**Glenn S. Morris**<br>　**The Glenn S. Morris Trust**<br><br>　　　　　　　　　　　　　　　　　**Plaintiff**<br><br>　**David W. Charron**<br><br>　　　　　　　　　　　　　　　　**Defendant** | **Case Number 14−07970−jwb**<br><br>**Adv. Pro. No. 15−80086−jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

**CLERK'S NOTICE OF FILING OF TRANSCRIPT**
**AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on 7/8/15 was filed on 7/16/15 . The following dates apply:

The parties have seven (7) calendar days from the date of the filing of the transcript to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Request for Redaction* is 21 days from the date of the filing of the transcript.

If a request for redaction is filed, the redacted transcript is due 31 days from the date of the filing of the transcript.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 90 calendar days from the date of the filing of the transcript, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Gail Beach , or you may view the document at the clerk's office public terminal during normal business hours. Please visit our website at: www.miwb.uscourts.gov for instructions on ordering transcripts.



DANIEL M. LAVILLE
CLERK OF BANKRUPTCY COURT

**Dated:** July 17, 2015

/S/_____
K Botma
Deputy Clerk

A copy of this notice was served by the Clerk upon Ronald Spinner, Perry Pastula .