UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In re:

DAVID W. CHARRON,

    Debtor.
_____/

Case No: BG 14-07970
Chapter 7

GLENN S. MORRIS and THE GLENN S.
MORRIS TRUST,

    Plaintiffs,

v.

DAVID W. CHARRON,

    Defendant.
_____/

Adversary Proceeding
No. 15-80086

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND GRANTING PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT**

PRESENT:   HONORABLE JAMES W. BOYD
                       United States Bankruptcy Judge

In accordance with an Opinion Denying Defendant's Motion for Summary Judgment and Granting Plaintiffs' Cross Motion for Summary Judgment, entered on this date, which reasoning is incorporated herein;

NOW, THEREFORE, IT IS HEREBY ORDERED and ADJUDGED that:

1. The Defendant's Motion for Summary Judgment (AP Dkt. No. 4) be, and hereby is, DENIED.

2. The Plaintiffs' Cross Motion for Summary Judgment (AP Dkt. No. 6) be, and hereby is, GRANTED.

3. The debt owed by the Defendant to the Plaintiffs under the Opinion and Order Setting Forth Findings of Civil Contempt, Opinion and Order Awarding Attorney Fees, and Final Judgment, entered by the Kent County Circuit Court, be, and hereby is, nondischargeable under 11 U.S.C. § 523(a)(6).

4. Entry of this nondischargeable debt judgment is without prejudice to either party's right to seek further relief under state law, including the Defendant's right to seek relief from the automatic stay and to pursue an appeal of the amount of the contempt damage award to the extent permitted by applicable state law.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to FED. R. BANKR. P. 9022 and LBR 5005-4 upon the Defendant; Ronald A. Spinner, Esq., attorney for the Plaintiffs, and Perry G. Pastula, Esq., attorney for the Defendant.

**END OF ORDER**

**IT IS SO ORDERED.**



**Dated September 30, 2015**

James W. Boyd
United States Bankruptcy Judge