UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re:<br><br>DAVID W. CHARRON,<br><br>        Debtor. | Case No. 14-07970<br><br>Chapter 7<br><br>Honorable James W. Boyd |
| GLENN S. MORRIS and THE GLENN S. MORRIS TRUST,<br><br>        Plaintiffs,<br><br>v.<br><br>DAVID W. CHARRON,<br><br>        Defendant. | Adversary Proceeding No. 15-80086-JWB |

**GLENN S. MORRIS'S STATEMENT WITH REGARD TO DEFENDANT/DEBTOR DAVID W. CHARRON'S MOTION FOR RECONSIDERATION UNDER RULE 60**

Plaintiff Glenn Morris, individually and as trustee for the Glenn S. Morris Trust (collectively, "Morris"), by his attorneys, Miller, Canfield, Paddock and Stone, P.L.C., states as follows regarding *Defendant/Debtor David W. Charron's Motion for Reconsideration Under Rule 60* (the "Motion").

Local Rule 7.4(b) of the District Court states that "No answer to a motion for reconsideration will be allowed unless requested by the Court, but a motion for reconsideration will ordinarily not be granted in the absence of such request." Thus, Morris will not file a substantive response to any part of the Motion unless expressly directed by the Court to do so. This should not be interpreted, however, as consent to granting of the Motion.

25416440.1\133922-00008

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

Dated:  November 6, 2015

By: /s/ Ronald A. Spinner
 Stanley J. Stek (P29332)
 Eric D. Carlson (P60277)
 Ronald A. Spinner (P73198)
 Attorneys for Plaintiffs
 150 West Jefferson, Suite 2500
 Detroit, MI  48226
 (313) 496-7829
 spinner@millercanfield.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 6, 2015 he filed the foregoing *GLENN S. MORRIS'S STATEMENT WITH REGARD TO DEFENDANT/DEBTOR DAVID W. CHARRON'S MOTION FOR RECONSIDERATION UNDER RULE 60* with the court, using the court's CM/ECF System, which will send notice of the filing to all registered participants in this matter.

November 6, 2015                                          By: /s/ Ronald A. Spinner
                                                                          Ronald A. Spinner