UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
_____

In re:

DAVID W. CHARRON,

      Debtor.
_____/

GLENN S. MORRIS and THE GLENN S.
MORRIS TRUST,

      Plaintiffs,

v.

DAVID W. CHARRON,

      Defendant.
_____/

Case No: BG 14-07970
Chapter 7

Adversary Proceeding
No. 15-80086

## ORDER DENYING DEBTOR-DEFENDANT'S MOTION TO AMEND THE COURT'S FINDINGS UNDER RULE 52 AND AMEND JUDGMENT UNDER RULE 59

PRESENT:  HONORABLE JAMES W. BOYD
United States Bankruptcy Judge

In accordance with a Memorandum Opinion Denying Debtor-Defendant's Motions to Amend the Court's Findings Under Rule 52, Amend Judgment Under Rule 59, and for Reconsideration Under Rule 60, entered on this date, which reasoning is incorporated herein;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Debtor-Defendant's Motion to Amend the Court's Findings Under Rule 52 and Amend Judgment Under Rule 59 (AP Dkt. No. 17) be, and hereby is, DENIED.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to FED. R. BANKR. P. 9022 and LBR 5005-4 upon the Debtor-Defendant; Ronald A. Spinner, Esq., attorney for the Plaintiffs, and Perry G. Pastula, Esq., attorney for the Debtor-Defendant.

**END OF ORDER**

**IT IS SO ORDERED.**

**Dated November 25, 2015**



James W. Boyd
United States Bankruptcy Judge