UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

DAVID W. CHARRON,

    Debtor.
_____/

Case No: BG 14-07970
Chapter 7

GLENN S. MORRIS and THE GLENN S. MORRIS TRUST,

    Plaintiffs,

v.

DAVID W. CHARRON,

    Defendant.
_____/

Adversary Proceeding
No. 15-80086

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
David W. Charron

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
■ Defendant
☐ Other (describe)_____

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order Denying Defendant's Motion for Summary Judgment and Granting Plaintiffs' Cross Motion for Summary Judgment and a Memorandum Opinion Denying Debtor/Defendant's Motions to Amend the Court's Findings Under Rule 52, Amend Judgment Under Rule 59, and for Reconsideration Under Rule 60.

2. State the date on which the judgment, order, or decree was entered: September 30, 2015 and November 25, 2015.

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:      Glenn S. Morris

   Attorney:   Stanley J. Stek (P29332)
              Eric D. Carlson (P60277)
              Ronald A. Spinner (P73198)
              150 West Jefferson, Suite 2500
              Detroit, MI 48226

2. Party:      The Glenn S. Morris Trust

   Attorney:   Stanley J. Stek (P29332)
              Eric D. Carlson (P60277)
              Ronald A. Spinner (P73198)
              150 West Jefferson, Suite 2500
              Detroit, MI 48226

### Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

### Part 5: Sign below

_____                                  Date: 12/8/15
Signature of attorney for appellant(s) (or
appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

Perry G. Pastula ( P35588)
Dunn, Schouten & Snoap, PC
Attorneys for David W. Charron
2745 DeHoop Ave SW
Wyoming, MI  49509
(616) 538-6380

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.