

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

DAVID W. CHARRON,

    Debtor.
_____/

Case No: BG 14-07970
Chapter 7

GLENN S. MORRIS and THE GLENN S.
MORRIS TRUST,

    Plaintiffs,

v.

DAVID W. CHARRON,

    Defendant.
_____/

Adversary Proceeding
No. 15-80086

## ORDER DENYING DEBTOR-DEFENDANT'S MOTION FOR RECONSIDERATION UNDER RULE 60

PRESENT:   HONORABLE JAMES W. BOYD
United States Bankruptcy Judge

In accordance with a Memorandum Opinion Denying Debtor-Defendant's Motions to Amend the Court's Findings Under Rule 52, Amend Judgment Under Rule 59, and for Reconsideration Under Rule 60, entered on this date, which reasoning is incorporated herein;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Debtor-Defendant's Motion for Reconsideration Under Rule 60 (AP Dkt. No. 19) be, and hereby is, DENIED.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to FED. R. BANKR. P. 9022 and LBR 5005-4 upon the Debtor-Defendant; Ronald A. Spinner, Esq., attorney for the Plaintiffs, and Perry G. Pastula, Esq., attorney for the Debtor-Defendant.

### END OF ORDER

**IT IS SO ORDERED.**

Dated November 25, 2015



James W. Boyd
United States Bankruptcy Judge