| UNITED STATES BANKRUPTCY COURT - WESTERN DISTRICT OF MICHIGAN ||
|---|---|
| Please fill out form completely.  If questions, call the Clerk's Office: 616-456-2693 ||
| Debtor(s):  David W. Charron | Case No.: BG 14-07970 |
| (If Adversary Proceeding): Plaintiff(s):  Glenn S. Morris and The Glenn S. Morris Trust  vs Defendant(s):  David W. Charron | Adversary Proceeding No.  15-80086 |

### REQUEST FOR TRANSCRIPT
(Complete a separate request for each hearing date)

| Is this request for an appeal? ✓ Yes ☐ No | Hearing Telephonic? ☐ Yes ✓ No | Date of Hearing (One per request) 07/08/2015 |
|---|---|---|
| Matter which you wish transcribed: (Title of motion, etc) Cross Motions for Summary Judgment || Docket No. (Optional) 14 |
| Do you wish the entire hearing transcribed?   ✓ Yes   ☐ No |||
| If you wish less than the entire hearing transcribed, clearly describe the portion which is being requested. |||

### FEES

Transcript fees are charged per page for the number of copies and delivery time requested.  You will be charged for an original transcript provided to you and any additional copies ordered.  There is no charge for the copy provided to the court.  <u>Please see the maximum rates printed on the next page of this form.</u>  Fee must be paid directly to the transcriber.  The transcriber will contact you to make payment arrangements.  Delivery times commence on the date that payment arrangements are made.

Number of copies requested, i.e. original + additional copies (Do not include the copy provided to the court)

30-day rate  ✓
14-day rate  ☐
7- day rate  ☐

Party Requesting Transcript:

Name      David W. Charron
Address   4949 Plainfield, NE, Grand Rapids, MI 49525
Phone     (616) 363-0300
Fax       (616) 363-0339
Email     dwcharron@msn.com
Date:     12-16-15

I agree to pay all transcript rates
/s/ [signature]

| MAXIMUM TRANSCRIPT RATES<br>*Per Page*<br>(As approved by the Judicial Conference of the United States, September, 2007) | | | |
|---|---|---|---|
| Type | Original | First Copy to Each Party | Each Add'l Copy to the Same Party |
| **Ordinary Transcript**<br>A transcript to be delivered within thirty (30) calendar days after receipt of an order | 3.65 | .90 | .60 |
| **14-Day Transcript**<br>A transcript to be delivered within fourteen (14) calendar days after receipt of an order | 4.25 | .90 | .60 |
| **Expedited Transcript (7-Day)**<br>A transcript to be delivered within seven (7) calendar days after receipt of an order | 4.85 | .90 | .60 |
| **Daily Transcript**<br>A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day | 6.05 | 1.20 | .90 |
| **Hourly Transcript**<br>A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours | 7.25 | 1.20 | .90 |
| **Realtime Transcript**<br>A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following adjournment | 3.05 | 1.20 | n/a |

Note: Generally, only ordinary and expedited transcripts are available in the Bankruptcy Court.