UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| In Re: | Case No. 14-07970 |
| DAVID W. CHARRON, | Chapter 7; Filed 12/31/14 |
| Debtor. | Hon. James W. Boyd |
| _____/ | |
| GLENN S. MORRIS and THE GLENN S. MORRIS TRUST, | |
| | Adversary No. 15-80086 |
| Plaintiffs, | |
| v. | |
| DAVID W. CHARRON, | |
| Defendant. | |
| _____/ | |

## CERTIFICATE OF SERVICE

The undersigned states that a copy of the *Request for Transcript of July 8, 2015 Hearing on Defendant's Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment* was served on the following as indicated:

**Via ECF Notice 12/18/15**
Eric D. Carlson
Miller Canfield Paddock & Stone, PLC
Attorneys for Plaintiffs

**Via ECF Notice 12/18/15**
Ronald A. Spinner
Miller Canfield Paddock & Stone, PLC
Attorneys for Plaintiffs

I declare under the penalty of perjury that the statement above is true to the best of my information, knowledge, and belief.

Dated:   December 21, 2015

/s/ Beverly A. Leestma
Beverly A. Leestma
Assistant to Perry G. Pastula (P35588)
Dunn, Schouten & Snoap, P.C.
2745 DeHoop Ave. SW
Wyoming, MI 49509
(616) 538-6380